## ABLE OUTDOOR ADVERTISING v. HARRELSON

No. 316P91

Case below: 103 N.C.App. 392

Petition by defendant for writ of supersedeas and temporary stay denied 24 July 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 July 1991.

## AMOS v. OAKDALE KNITTING CO.

No. 278A91

Case below: 102 N.C.App. 782

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 14 August 1991.

## BAKER CONSTRUCTION CO. v. PHILLIPS

No. 273PA91

Case below: 102 N.C.App. 822

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991.

## CITY OF FAYETTEVILLE v. E & J INVESTMENTS, INC.

No. 283P91

Case below: 102 N.C.App. 822

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## COBB v. ROCKY MOUNT BOARD OF EDUCATION

No. 269A91

Case below: 102 N.C.App. 681

Petition by defendant for temporary stay allowed 1 July 1991.